# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | C.A. No. 12-328-LPS |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Data Carriers, LLC ("Plaintiff") and Defendant Apple Inc. ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE, and all of Defendant's claims WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 8, 2013

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Stephen B. Brauerman <br> Richard D. Kirk (No. 922) <br> Stephen B. Brauerman (No. 4952) <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com | /s/ Richard L. Horwitz <br> Richard L. Horwitz (No. 2246) <br> David E. Moore (No. 3983) <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com |
| *Attorneys for Plaintiff* <br> *Data Carriers, LLC* | *Attorneys for Defendant* <br> *Apple Inc.* |

OF COUNSEL:

Marc A. Fenster
Benjamin T. Wang
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474

OF COUNSEL:

Douglas E. Lumish
Jeffrey G. Homrig
Joseph B. Shear
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Alfredo Perez de Alejo
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, <br><br>           Plaintiff, <br><br>    v. <br> APPLE INC., <br><br>           Defendant. | C.A. No. 12-328-LPS |

## ORDER OF DISMISSAL

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims by Plaintiff Data Carriers, LLC ("Plaintiff") and Dismissal Without Prejudice of all counterclaims by against Defendant Apple Inc. ("Defendant") in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE, and all counterclaims by Defendant against Plaintiff are hereby DISMISSED WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013.

It is further ORDERED that all attorneys' fees, costs, and expenses are to be borne by the party that incurred them.

Dated this \_\_\_\_ day of _____, 2013.          _____
                                                                                                               United States District Judge